MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St. Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DEBRA MAY ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00613-JDP<br><br>JOINT STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Opening Brief be extended by 36 days, from April 4, 2019 to May 10, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief.

Defendant requests this extension due to her counsel's heavy workload, including, but not limited to, two appellate briefs in the United States Court of Appeals for the Ninth Circuit and ten other district court briefs that are due for imminent briefing.

///

Joint Stip. & Prop. Order for Ext.; 1:18-cv-00613-JDP

1     Defendant's counsel respectfully requests this additional time to expend the necessary
time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's
response to Plaintiff's Opening Brief for review by this Court.

    The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

    The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: April 4, 2019      <u>/s/ Beatrice Na for Jacqueline Forslund *</u>
(* As authorized via email on April 4, 2019)
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Dated: April 4, 2019      MCGREGOR W. SCOTT
United States Attorney

By:    <u>/s/ Beatrice Na</u>
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   April 5, 2019                                                    
UNITED STATES MAGISTRATE JUDGE